**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:05cr00529-001** |
| | ) | |
|     **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MAURICE THOMPSON,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

    This matter was heard on February 4, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release.  The defendant was present and represented by Attorney Charles Fleming.

    The original violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on January 29, 2013 [Doc. 99].  No objection to the Report and Recommendation was filed by either plaintiff or defendant.  The Court adopted the Magistrate Judge's report and found the following terms of supervision had been violated:

        1) failure to comply with community confinement rules.

    The Court entertained statements from counsel for the parties.  The Court found the violation to be Grade C, defendant's Criminal History Category to be V and considered the factors in Sec. 3553(a) prior to committing defendant to the Bureau of Prisons for a period of 9 months with credit for time served in federal custody.  Upon release from incarceration defendant shall serve an additional 2 years on supervised release under the conditions previously

imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: February 5, 2013            *s/   James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE